```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/22/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CHRISTOPHER PENA,

                         Defendant.

25 Cr. 177-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties shall appear for an initial conference on **May 5, 2025**, at **10:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: April 22, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge