```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

CHRISTOPHER PENA,

                          Defendant.

25 Cr. 177-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Government requests a stay of the Honorable Sarah L. Cave's bail order dated April 23, 2025, pending the Government's appeal of the order. ECF No. 15 at 1, 8–9. Mr. Pena opposes the Government's request. ECF No. 16. Upon the Court's consideration of the parties' arguments and the transcripts of the proceedings before Judge Cave, the Government's request for a stay pending appeal is DENIED.

    By **May 3, 2025**, Mr. Pena shall file his response to the Government's bail appeal.

    SO ORDERED.

Dated: May 1, 2025
       New York, New York

                                                    ANALISA TORRES
                                             United States District Judge