UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CHRISTOPHER PENA,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/2/2025
```

25 Cr. 177-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Pretrial Services is respectfully directed to provide a copy of Mr. Pena's bail report to counsel for Mr. Pena, Neil Kelly, and counsel for the Government, AUSA Georgia Kostopoulos.

    SO ORDERED.

Dated: May 2, 2025
       New York, New York

ANALISA TORRES
United States District Judge