**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

June 16, 2025

**Via ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. Mr. Pena may take his GED exam in person tomorrow, but must provide his PTS officer the address of the testing location and the start and end time of the exam, and must contact his PTS officer on his return home from the exam. Good luck to Mr. Pena on the exam.

SO ORDERED.

_____
USMJ 6/16/2025

**Re:    United States v. Christopher Peña**
         **25 Cr. 177 (AT)**

Dear Judge Cave,

I write to respectfully request that Mr. Peña's home incarceration condition be modified to permit him to take his General Educational Development (GED) test in-person tomorrow in Philadelphia, PA. Pretrial Services has no objection to this request. The government has not yet indicated if it will take a position.

As the Court is aware, Mr. Peña has been on home incarceration at his sister's home in Philadelphia since his release from custody on May 2, 2025. Mr. Peña has been fully compliant with all the conditions of his release, including the Court's instruction that he take online educational courses. Mr. Peña is prepared to take his GED test, which is being offered in-person tomorrow, June 17, 2025, at Temple University.

Given Mr. Peña's full compliance with his conditions and the educational purpose of this temporary modification, we respectfully request that the Court modify Mr. Peña's home incarceration condition to permit him to attend his GED test on June 17, 2025.

We thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:    Counsel of record