UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

CHRISTOPHER PENA,

           Defendant.

CASE NO.: 25 Cr. 177 (AT) - 1

**BAIL MODIFICATION & SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The application of Defendant Christopher Pena for a modification of his bail conditions is GRANTED. The condition of home incarceration is MODIFIED to home detention.

A Telephone Conference is scheduled for **Thursday, September 4, 2025 at 10:15 am** on the Court's conference line. The parties, including Mr. Pena, are directed to call: (855) 244-8681; Access Code: 2308 226 4654, at the scheduled time.

Dated:    New York, New York
              August 7, 2025

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**