USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CHRISTOPHER PENA,

                     Defendant.

25 Cr. 177-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties shall appear for an initial conference on the superseding indictment, ECF Nos. 53–54, on **November 10, 2025**, at **4:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: October 15, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge