UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

CHRISTOPHER PENA, and
JONATHAN VASQUEZ,
  a/k/a "Totao,"

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2025

25 Cr. 177 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of recent developments in this case, the status conference scheduled for October 27, 2025, is ADJOURNED *sine die*. The deadlines for pre-trial motions and trial as set out in this court's order at ECF No. 51 are additionally ADJOURNED *sine die*.

    SO ORDERED.

Dated: October 21, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge