UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CHRISTOPHER PENA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2025

25 Cr. 177-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On **November 10, 2025**, at **4:00 p.m.**, in place of the initial conference currently scheduled, the Court shall hold a change-of-plea hearing in this matter.

SO ORDERED.

Dated: October 28, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge