```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CHRISTOPHER PENA,

                                        Defendant.

25 Cr. 177-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court MODIFIES Christopher Pena's conditions of pretrial release as follows: first, to replace the home detention condition with a condition that Defendant be subject to a curfew enforced by location monitoring, and second, to remove the condition that Defendant's sister serve as his custodian for all travel to New York, provided that all travel to New York must be approved by pretrial services and is limited only to travel necessary for medical and legal appointments.

    SO ORDERED.

Dated: November 12, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge