UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

CHRISTOPHER PENA,

                 Defendant.

CASE NO.: 25 Cr. 177 (AT) - 1

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for December 10, 2025 at 9:30 am is **RESCHEDULED** to **Monday, December 22, 2025 at 9:30 am** on the Court's conference line. The parties, including Mr. Pena, are directed to call: (855) 244-8681; Access Code: 2308 226 4654, at the scheduled time.

Dated:     New York, New York
            December 10, 2025

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**