UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CHRISTOPHER PENA,

                                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/26/2026

25 Cr. 177-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Sentencing in this matter currently scheduled for March 23, 2026, is ADJOURNED to **March 30, 2026**, at **2:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  February 26, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge