# Federal Defenders
## OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/7/2026___

April 6, 2026

**Via ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re.    United States v. Christopher Peña**
        **25 Cr. 177 (AT)**

Dear Judge Torres,

    I write with the consent of the Government to respectfully request that the Court adjourn until Friday, April 10, 2026, the deadline for the parties' submission regarding Mr. Peña's medical records.

    As the Court knows, at the March 30, 2026 sentencing, the defense asked for an order regarding the production of Mr. Peña's medical records during his incarceration in Bureau of Prisons ("BOP") custody. The parties and BOP counsel have been conferring regarding the appropriate language for such an order and those conversations remain ongoing. So that the parties and BOP can continue these discussions and potentially reach agreement on a proposed consent order, I respectfully request that the deadline for the parties to provide their submission to the Court be extended from April 6, 2026 to April 10, 2026.

    We thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

GRANTED.  By **April 10, 2026**, the parties shall provide their joint submission.

SO ORDERED.

Dated:  April 7, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge