USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/15/2026__

# Federal Defenders
## OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 4, 2026

**Via ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re.    **United States v. Christopher Peña**
        **25 Cr. 177 (AT)**

Dear Judge Torres,

I write to respectfully request that Mr. Peña's release conditions be modified to permit him to reside at his home address in the Bronx until his surrender to Bureau of Prisons custody on June 1, 2026. Pretrial Services takes no position on this request and the Government opposes.

As the Court knows from Mr. Peña's sentencing, since his May 2, 2025 release on pretrial supervision following his arrest, Mr. Peña has been a model supervisee. He has had no violations, has successfully earned his G.E.D., has successfully completed substance abuse programming, and, this past week, successfully completed his first semester of college. Over the past year, in light of his perfect compliance, the Court has reduced the severity of Mr. Peña's release conditions from home incarceration to home detention to curfew, and removed the third-party custodian condition. Currently, Mr. Peña is permitted to travel to the Bronx for his frequent medical appointments without a third-party custodian and he has had no issues during this time.

Mr. Peña was recently designated to FMC Devens, where he has been directed to surrender by June 1, 2026. In advance of his surrender, Mr. Peña intends to complete several medical appointments in New York City. Mr. Peña would also like to spend additional time with his mother before he begins his period of incarceration. Accordingly, the defense respectfully requests that he be permitted to relocate from his sister's house in Philadelphia where he has been residing to his mother's home in the Bronx until his surrender date.[1] Pretrial Services has informed the undersigned that the location monitoring/curfew condition can be enforced at the Bronx location if the Court permits this relocation.

---

[1]    Travel to FMC Devens from New York City will also be easier and much shorter than from Philadelphia.

**United States v. Christopher Peña**
**25 Cr. 177 (AT)**

      The Government opposes this request on the grounds that Mr. Peña's home address was also the address where he was arrested and from which he engaged in some of the unlawful activity underlying this case. But the defense respectfully submits that for all the reasons set forth in its sentencing submission and discussed at sentencing—including that this was Mr. Peña's first arrest and that he has had a superlative record on pretrial supervision over the past year—the Government's objection should be overruled and relocation should be permitted. The defense stands ready to provide additional information if the Court has any questions.

      I thank the Court for its consideration.

                          Respectfully submitted,

                          /s/

                          Neil P. Kelly
                          Assistant Federal Defender
                          (212) 417-8744

cc:     Counsel of record
        Pretrial Services Officer Jonathan Lettieri

      GRANTED.

      SO ORDERED.

      Dated:  May 15, 2026
              New York, New York

                                ANALISA TORRES
                             United States District Judge