USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/2/2026

# Federal Defenders
## OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 1, 2026

**Via ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re.    **United States v. Christopher Peña**
> **25 Cr. 177 (AT)**

Dear Judge Torres,

I write to respectfully request that the Court order Pretrial Services to return Mr. Peña's passport to a member of the Federal Defenders of New York. Mr. Peña surrendered his passport on May 5, 2025 as part of his pretrial release conditions in this matter. Mr. Peña was sentenced on March 30, 2026 and is reporting to his designated Bureau of Prisons medical facility today.

Pretrial Services has informed the undersigned that it can only release Mr. Peña's passport pursuant to a Court order. Accordingly, I respectfully request that the Court order Pretrial Services to return Mr. Peña's passport to a member of the Federal Defenders of New York.

I thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

GRANTED.  Pretrial Services shall return Mr. Pena's passport to a member of the Federal Defenders of New York.

SO ORDERED.

Dated:  June 2, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge